# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA J. MCFADDEN, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br>                    Defendants. | Case No.: No: 2:23-cv-01091-AC<br><br>Judge: Hon. Allison Claire<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The deadline to file dismissal and dispositional documents is hereby extended by ninety (90) days to March 18, 2025.

**IT IS SO ORDERED.**

DATE: December 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1