# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA J. MCFADDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, <br><br> Defendants. | Case No.: No: 2:23-cv-01091-AC <br><br> Judge: Hon. Allison Claire <br><br> [~~PROPOSED~~] ORDER GRANTING REQUEST TO CONTINUE THE DEADLINE TO FILE DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The deadline to file dismissal and dispositional documents is hereby extended by forty-five (45) days to May 2, 2025.

**IT IS SO ORDERED.**

DATE: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1