UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA J. MCFADDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: No: 2:23-cv-01091-AC<br><br>*Assigned to the Honorable Allison Claire*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEALINE TO FILE DISMISSAL** |

1

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The deadline to file dismissal and dispositional documents is hereby extended by thirty (30) days to June 2, 2025.

**IT IS SO ORDERED.**

DATED: May 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE