UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA J. MCFADDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, <br><br><br> Defendants. | Case No.: No: 2:23-cv-01091-AC <br><br> *Assigned to the Honorable Allison Claire* <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice. The Court retains jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: June 17, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE